BASIL HANIOTI, Appellant, v. JAMES DANASKOS, Respondent.— 

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FANTOX CORPORATION, Appellant, against WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1935, 1936, 1937, 1938-9, 1939-40, 1940-41.) No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LORENZO FEDERICO, Appellant, et al. Defendant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WILLIAM MARKOWITZ, Respondent, v. IRVING MARKOWITZ, Individually and as Executor of RACHEL MARKOWITZ, Deceased, Appellant, et al. Defendants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HERMANN VON AHNEN, Respondent, v. BURNSIDE BAR, INC., et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

D. HURWITZ & SON, INC., Respondent, v. CASTLE COTTON MILLS, INC., Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

EMANUEL M. KATZ, INC., et al., Appellants, v. CREDIT EQUIPMENT CORPORATION et al., Respondents.— No opinion. Present— Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of WILLIAM ROSENTHAL, as Executor of HEINRICH SAFT, Deceased, Respondent. THEA ARONSOHN, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

PIERCE T. WETTER, Appellant, v. ROBERT MOSES, Individually and as Commissioner of Parks of the City of New York, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY CHICKORY, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MARY LIEBERMAN et al., Appellants, v. LAWRENCE R. LEVY et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LOUIS LAVARIS, Respondent, v. PEPSI COLA COMPANY et al., Defendants, and PEPSI COLA NEW YORK BOTTLING CO., INC., et al., Defendants-Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon. Untermyer and Dore, JJ.

CENTAUR CREDIT CORPORATION, Appellant, v. FRANK LANZANO, Respondent, et al., Defendant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.